**IT IS ORDERED as set forth below:**

Date: August 20, 2009

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRITY BANCSHARES, INC. | ) | Case No. 08-80512 |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |
| _____ | ) | |

**ORDER ON THE FEDERAL DEPOSIT INSURANCE CORPORATION'S
EXPEDITED MOTION FOR STAY PENDING APPEAL**

On August 18, 2009, a hearing was held on the Federal Deposit Insurance Corporation's (the "FDIC-R") Expedited Motion for Stay Pending Appeal (the "Motion") (Doc 70). The Motion seeks a stay pending appeal of the "Order with Regard to the FDIC-R Objection to Rule 2004 Production of Work Product Documents" of the Bankruptcy Court entered August 13, 2009 (Doc. 66) compelling the production of documents as stated therein (the "Work Product Order").

Having considered the record in this case and the arguments advanced by counsel at the hearing, and for the reasons stated by the Court on the record at the August 18, 2009 hearing,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(a) The FDIC-R is granted a temporary stay of the Work Product Order pending appeal to allow the FDIC-R to file a Motion for Stay Pending Appeal of the Work Product Order in the United States District Court for the Northern District of Georgia (the "District Court"); provided, however that such temporary stay shall remain in effect until the earlier of (i) the District Court's grant or denial of a stay pending appeal; or (ii) 30 days after entry of this Order; and

(b) Such temporary stay pending appeal is further conditioned upon the FDIC-R serving upon the Trustee's counsel, on or before August 28, 2009, a privilege log identifying by date, author and subject matter each document that the FDIC-R contends is protected from disclosure pursuant to the work product doctrine, and stating the specific grounds and/or basis for the assertion of work product protection with respect to each such document.

***END OF ORDER***

Order Prepared and Presented By

  _/s/ Paul G. Durdaller_____
Paul G. Durdaller (Ga. Bar #234890)
John R. Richard (Ga. Bar #603989)
Valerie K. Richmond (Ga Bar #142188)
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Phone: (770) 434-6868
Fax: (770) 434-7376
pdurdaller@taylorenglish.com
jrichard@taylorenglish.com

[SIGNATURES CONTINUED ON APPEAL]

Kyle M. Keegan (La. Bar #19942)
Chris D. Kiesel (La. Bar #26360)
Roy, Kiesel, Keegan & DeNicola PLC
2355 Drusilla Lane
Baton Rouge, LA 70809
Phone: (225) 927-9908
Fax: (225) 926-2685
kmk@rkkdlaw.com

Counsel for the Federal Deposit Insurance
Corporation, in its capacity as Receiver of
Integrity Bank of Alpharetta, Georgia



Reviewed and Approved by:

BROWNSTEIN NGUYEN & LITTLE LLP


By: /s/ Jay D. Brownstein
    Jay D. Brownstein
    Georgia Bar No. 002590
    Kevin Little
    Georgia Bar No. 454225
    2010 Montreal Road
    Tucker, Georgia 30084
    (770) 458-9060

    *Special Counsel for the Chapter 7 Trustee*