ATTEST: A TRUE COPY
CERTIFIED THIS
OCT 08 2009
James N. Hatten, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Appellant, | |
| v. | CIVIL ACTION NO. 1:09-CV-2527-RWS |
| INTEGRITY BANCSHARES, INC., | BANKRUPTCY CASE NO. 08-80512-PWB |
| Appellant. | |
| INTEGRITY BANCSHARES, INC., | |
| Debtor. | |

## **ORDER**

On August 14, 2009, Appellant filed a Notice of Appeal from a decision entered by the Bankruptcy Court on August 13, 2009 requiring the production of documents as to which Appellant asserted a work product privilege. A briefing schedule was issued requiring Appellant to file its brief by September 29, 2009. However, on September 25, 2009, the Bankruptcy Court issued an order vacating the aforementioned order in its entirety. Thus, the present appeal was made moot.

AO 72A
(Rev.8/82)

Based on the foregoing, this appeal is hereby **DISMISSED AS MOOT**, and the case is **REMANDED** to the Bankruptcy Court.

**SO ORDERED**, this 8th day of October, 2009.

> s/ Richard W. Story
> RICHARD W. STORY
> UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)